**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Anne Gardner** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: R. Hollins** |
| **COREY L. JOHNSON** | |
| **counsel: Lisa Peters** | |
| **counsel:** | **Date: August 15, 2007** |
| | **CASE NO: 4:99CR00152-01-WRW** |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 1:35 p.m.**                                                                                              **End: 1:45 p.m.**

**Court calls case and reviews to present; deft admits some of the alleged violations; Court finds violation occurred; deft counsel makes statement to Court; motion to revoke DENIED; deft to continue conditions of SR with modification of electronic monitoring until 2/8/2008.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**